Jody L. Winter, Esq. #249592
Jennifer J. Panicker, Esq. #258656
Sean A. Fredin, Esq. #315513
LLOYDWINTER, P.C.
1724 Broadway Street, Suite #6
Fresno, CA 93721
559-233-3636
559-385-2000 (fax)
jwinter@lloydwinterlaw.com

Attorneys for Plaintiff
Jagjit Sandhu

Nicholas J. Boos #233399
nboos@maynardcooper.com
Norman Lau #253690
nlau@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415)646-4700
Facsimile: (205) 254-1999

Attorneys for Defendant
Safeco Insurance Company of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAGJIT SANDHU, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:19-CV-00895-DAD-SKO<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 12) |

Plaintiff Jagjit Sandhu ("Sandhu") and Defendant Safeco Insurance Company of America ("Safeco") respectfully submit this stipulation and proposed order to modify the Scheduling Order due to their inability to complete discovery in light of the present and continuing coronavirus pandemic.

WHEREAS, Sandhu filed his complaint in this action on January 17, 2019; (ECF 1-1.)

WHEREAS, Safeco removed this action to this Court on June 28, 2019; (ECF 1.)

WHEREAS, on October 30, 2019, the Court issued its Scheduling Order;

WHEREAS, the Scheduling Order set the following case schedule:

| | |
|---|---|
| Non-Expert Discovery Cut Off: | August 14, 2020 |
| Expert Disclosures: | October 15, 2020 |
| Rebuttal Expert Disclosures: | November 5, 2020 |
| Expert Discovery Cut Off: | November 20, 2020 |
| Motion Filing Deadline: | January 6, 2021 |
| Non-dispositive Motion Hearing Deadline: | February 3, 2021 |
| Dispositive Motion Hearing Deadline: | February 17, 2021 |
| Deadline to Provide Proposed Settlement Conference Dates: | August 26, 2020 |
| Pre-trial Conference: | March 29, 2021 |
| Trial: | May 25, 2021 |

WHEREAS, on March 16, 2020, six San Francisco Bay Area Counties issued a shelter in place order that was later extended to the entire state of California by Governor Gavin Newsom on March 19, 2020 for an indefinite duration;

WHEREAS, the pandemic and shelter in place order required all Californians to stay in their homes with limited exceptions and impeded the parties' ability to conduct discovery including scheduling and taking depositions and performing a site inspection of Plaintiff's property;

WHEREAS, the state has slowly began to lift certain restrictions, but the shelter in place order is still in effect. It is still unknown whether current conditions allow for in person depositions and a site inspection, especially in light of the current increases in coronavirus cases across the state;

WHEREAS, in light of the foregoing, the parties agree that it is presently unknown when the parties will be able to resume depositions and a site inspection;

WHEREAS, it is apparent that the parties will not be able to complete all depositions and the site inspection by the August 14, 2020 discovery cut off due to the complications and delay burdening the discovery process as a result of the coronavirus pandemic;

WHEREAS, extending the discovery deadlines in this case to allow sufficient time to complete depositions and a property inspection and to complete expert discovery would impact other dates set by the Court, including the deadline to file dispositive motions;

WHEREAS, good cause exists to modify the scheduling order because the parties are unable to complete discovery to adequately prepare for trial in light of the exigencies caused by the coronavirus pandemic;

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling order as follows:

| | |
|---|---|
| Non-Expert Discovery Cut Off: | December 18, 2020 |
| Expert Disclosures: | January 14, 2021 |
| Rebuttal Expert Disclosures: | February 4, 2021 |
| Expert Discovery Cut Off: | February 25, 2021 |
| Motion Filing Deadline: | March 10, 2021 |
| Non-dispositive Motion Hearing Deadline: | April 14, 2021 |
| Dispositive Motion Hearing Deadline: | April 28, 2021 |
| Deadline to Provide Proposed Settlement Conference Dates: | January 20, 2021 |

| | | |
|---|---|---|
| 1 | Pre-trial Conference: | May 31, 2021 |
| 2 | Trial: | June 8, 2021 |

In the alternative, the parties request that the Court vacate the Scheduling Order and set a case management conference in 60 to 90 days to determine a revised schedule once the coronavirus situation has stabilized.

IT IS SO STIPULATED.

Dated: July 7, 2020                                          LLOYDWINTER
                                                             A Professional Corporation


                                                             By:   /s/ Jody L. Winter
                                                                Jody L. Winter
                                                                Sean Fredin
                                                                Attorney for Plaintiff
                                                                Jagjit Sandhu

                                                             MAYNARD, COOPER & GALE, LLP


Dated: July 7, 2020                          By:   /s/ Nicholas J. Boos
                                                Nicholas J. Boos,
                                                Norman Lau,
                                                Attorney for Defendant
                                                Safeco Insurance Company of America

# **ORDER**

Pursuant to the parties above-stipulation (Doc. 12), and good cause appearing, IT IS ORDERED that the Scheduling Order (Doc. 9) in this case be modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut Off: | December 18, 2020 |
| Expert Disclosures: | January 14, 2021 |
| Rebuttal Expert Disclosures: | February 4, 2021 |
| Expert Discovery Cut Off: | February 25, 2021 |
| Non-Dispositive and Dispositive Motion Filing Deadline: | March 10, 2021 |
| Non-dispositive Motion Hearing Deadline: | April 14, 2021 |
| Dispositive Motion Hearing Deadline: | May 4, 2021[1] |
| Deadline to Provide Proposed Settlement Conference Dates: | January 20, 2021 |
| Pre-trial Conference: | July 12, 2021 |
| Trial: | September 7, 2021[2] |

IT IS SO ORDERED.

Dated:   **July 8, 2020**                               /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] As District Judge Drozd hears civil motions on the 1st and 3rd Tuesday of the month, this date has been adjusted.
[2] The Pre-trial conference and trial dates have been adjusted to permit time for the Court to rule on dispositive motions and for the parties to prepare for trial.