UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJIT SANDHU,<br><br>              Plaintiff,<br><br>      v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | No.  1:19-cv-00895-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

On December 16, 2020, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 15.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 17, 2020**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28